1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar No. 4790
   333 Las Vegas Boulevard, Suite 5000
5  Las Vegas, Nevada 89101
   Telephone: (702) 388-6336
6  Facsimile: (702) 388-6787
   Email: Blaine.Welsh@usdoj.gov
7
   Attorneys for the United States
8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   Case No.  2:12-cv-00371 |
| PRIME STAR GROUP, INC.,<br>ROGER MOHLMAN, DANNY COLON,<br>MARYSOL MORERA, FELIX RIVERA,<br>DC INTERNATIONAL CONSULTING, LLC,<br>KEVIN CARSON, ESPER GULLATT, JR.,<br>THE STONE FINANCIAL GROUP, INC.,<br>and JOSHUA KONIGSBERG, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Edward D. McCutcheon to practice before this honorable Court in all matters relating to the above-captioned case.

1  Mr. McCutcheon is an attorney with the United States Securities and Exchange
2 Commission, an agency of the federal government.  Mr. McCutcheon is a member in good
3 standing of the Bar of Florida, Bar No. 683841.
4  The following contact information is provided to the Court:
5  Edward D. McCutcheon, Esq.
   U.S. Securities & Exchange Commission
6  801 Brickell Avenue, Suite 1800
   Miami, Florida 33131
7  Phone: 305-982-6300
   Fax: 305-536-4154
8  Email: mccutcheone@sec.gov
9  Accordingly, the United States respectfully requests that an order be issued allowing
10 Edward D. McCutcheon  to practice before this honorable Court.
11  DATED this 7th day of March 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney


IT IS SO ORDERED:

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED:  March 8, 2012

2