UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SECURITES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 2:12-cv-00371-KJD-GWF |
| PRIME STAR GROUP, INC., ROGER MOHLMAN, DANNY COLON, MARYSOL MORERA, FELIX RIVERA, DC INTERNATIONAL CONSULTING LLC, KEVIN CARSON, ESPER GULLATT, JR. THE STONE FINANCIAL GROUP, INC. and JOSHUA KONIGSBERG, | : | |
| Defendants. | : | |

## ORDER

**THIS CAUSE** came before the Court upon the Plaintiff Securities and Exchange Commission's unopposed motion to stay this action for ninety-days as to Defendant Roger Mohlman [DE   ].  Having considered the motion and the record, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiff's motion is **GRANTED.**  This cause is stayed for ninety days from the date of this Order, only as to Defendant Mohlman, to allow the Commission to consider Mohlman's settlement offer.  Counsel for the Commission shall promptly inform the Court once he learns of the Commission's determination.

**DONE AND ORDERED** in Chambers in Las Vegas, Nevada, this 16th day of May, 2012.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge

Copies to:  Counsel and *pro se* parties of record