UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : : : | : |
| **Plaintiff,** | : : | |
| v. | : : | CASE NO. 2:12-cv-00371-KJD-GWF |
| **PRIME STAR GROUP, INC., et al.,** | : : : | |
| **Defendants.** _____ | : : | |

## ORDER

**THIS CAUSE** came before the Court upon the Plaintiff Securities and Exchange Commission's motion for extension of time to file motion for civil penalties against Defendants Esper Gullatt, Jr., The Stone Financial Group, Inc., Danny Colon, Marysol Morera, Felix Rivera, and DC International Consulting, LLC. [DE   ]. Having considered the motion and the record, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiff's motion for extension is **GRANTED.** The Commission shall have until January 25, 2013 to file its motion for civil penalties against Defendants Gullatt, Stone Financial, Colon, Morera, Rivera and DC International.

**DONE AND ORDERED** in Chambers in Las Vegas, Nevada, this 16th day of January 2012.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

Copies to: Counsel and *pro se* parties of record