DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone (702) 388-6336
Facsimile (702) 388-6787
Email *Blaine.Welsh@usdoj.gov*

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Case No: 2:12-cv-00371-KJD-GWF<br>)<br>) |
| v. | )<br>) |
| PRIME STAR GROUP, INC., *et al.*, | )<br>) |
| Defendants. | ) |

**<u>MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY</u>**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Christine Nestor to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Nestor is an attorney with the Securities and Exchange Commission, an agency of the federal government, and is a member in good standing of the Florida State Bar (No. 597211).

1

The following contact information is provided to the Court:

>Christine Nestor
>Senior Trial Counsel
>Securities and Exchange Commission
>801 Brickell Avenue, Suite 1800
>Miami, Florida 33131
>Direct Dial: 305-982-6367
>Telephone: 305-982-6300
>Facsimile: 305-536-4154
>Email: nestorc@sec.gov

Accordingly, the United States respectfully requests that an order be issued allowing Christine Nestor to practice before this honorable Court.

Respectfully submitted this 18th day of March 2013.

>DANIEL G. BOGDEN
>United States Attorney
>
>*/s/Blaine Welsh*
>BLAINE T. WELSH
>Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 19, 2013

2

**PROOF OF SERVICE**

I, Blaine T. Welsh, AUSA, certify that the following individual was served with the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**Electronic Case Filing:**

Jeffrey S. Rugg     jrugg@bhfs.com, kmandall@bhfs.com

Randy Zelin     rzelin@moritthock.com

Dated this 18th day of March 2013.

                                       /s/Blaine Welsh
                                      BLAINE T. WELSH
                                      Assistant United States Attorney