Edward D. McCutcheon
Attorney for Plaintiff
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Direct Dial:  (305) 982-6380
Facsimile: (305) 536-4154
E-mail: mccutcheone@sec.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

### CASE NO.:   2:12-CV-00371-KJD-GWF

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO KEVIN CARSON'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| **PRIME STAR GROUP, INC.,** | |
| **ROGER MOHLMAN, DANNY COLON, MARYSOL MORERA, FELIX RIVERA, DC INTERNATIONAL CONSULTING LLC, KEVIN CARSON, ESPER GULLATT, JR., THE STONE FINANCIAL GROUP, INC. and JOSHUA KONIGSBERG,** | |
| Defendants. | |

Pursuant to Local Rules 6-1 and 26-4, Plaintiff Securities and Exchange Commission by and through its attorney of record, on one hand, and Defendant Kevin Carson, by and through his attorney of record, on the other hand, hereby stipulate and agree, subject to this Court's approval, that the deadline for Plaintiff to file a reply to Carson's response to plaintiff's motion for summary judgment (DKT #54) will be moved to April 1, 2013, by agreement between the parties.

This stipulation is made in good faith and is not sought for delay or any improper purpose. Counsel for the Commission seeks the additional time to have sufficient time to review the Defendant's response to our motion for summary judgment and prepare any reply. The Commission seeks an additional ten days to file our reply because the parties have agreed and stipulated to a ten-day extension for Defendant to prepare and file his response. (DKT #57).

WHEREFORE, the parties hereby stipulate and respectfully request that this Court enter an Order extending the deadline to reply to Carson's response to Plaintiff's Motion for Summary Judgment until April 1, 2013.

Dated:   March 7, 2013

By: /s/ Edward D. McCutcheon
Edward D. McCutcheon
Senior Trial Counsel
Florida Bar Number 683841
Direct Dial: (305) 982-6380
Facsimile: (305) 536-4154
E-mail: mccutcheone@sec.gov

*Lead Counsel*
Attorney for Plaintiff
**U.S. Securities and Exchange Commission**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone:    (305) 982-6300
Facsimile:    (305) 536-4154

Respectfully submitted,

By: /s/ Jeffrey S. Rugg
Jeffrey S. Rugg, Esq., Bar No. 10978
Brownstein Hyatt Farber Schreck
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
Email: jrugg@bhfs.com

Randy Zelin, Eq.
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530

Attorneys for Defendant Kevin Carson

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
CASE NO. 12-CV-.00371-KJD-GWF

DATE:   3/21/13