Christine Nestor
Attorney for Plaintiff
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Direct Dial:  (305) 982-6367
Facsimile: (305) 536-4154
E-mail: nestorc@sec.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

### CASE NO.:   2:12-CV-00371-KJD-GWF

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : |
| | : |
| **PRIME STAR GROUP, INC., ROGER MOHLMAN, DANNY COLON, MARYSOL MORERA, FELIX RIVERA, DC INTERNATIONAL CONSULTING LLC, KEVIN CARSON, ESPER GULLATT, JR., THE STONE FINANCIAL GROUP, INC. and JOSHUA KONIGSBERG,** | : |
| | : |
| **Defendants.** | : |

### PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY

Plaintiff Securities and Exchange Commission requests that the Court withdraw Edward D. McCutcheon, as counsel in this action because he is no longer employed with the Commission.  The Commission will continue to be represented by undersigned counsel, Christine Nestor who entered her appearance on March 19, 2013 [DE 62].  Counsel for Defendant Kevin Carson does not object to the relief requested in this Motion.

WHEREFORE, the Commission, respectfully requests that Edward D. McCutcheon be terminated as counsel in this action.

Dated:   March 21, 2013                           Respectfully submitted,

                                                  By:   s/Christine Nestor
                                                            Christine Nestor
                                                            Senior Trial Counsel
                                                            Fla. Bar No. 597211
                                                            Direct Line: (305) 982-6367
                                                            nestorc@sec.gov
                                                            ***Lead Counsel***

                                                            Attorney for Plaintiff
                                                            **U.S. Securities and Exchange Commission**
                                                            801 Brickell Avenue, Suite 1800
                                                            Miami, Florida 33131
                                                            Telephone:   (305) 982-6300
                                                            Facsimile:    (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 21, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                            s/Christine Nestor
                                                            Christine Nestor

## SERVICE LIST

**SEC v. Prime Star Inc., et al.,**
**Case No.: 2:12-CV-00371-KJD-GWF**
**United States District Court, District of Nevada**

Jeffrey S. Rugg, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
*Attorney for Defendant Kevin Carson*
Service via CM/ECF Notice

Randy Zelin, Esq.
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530
Telephone: 212-873-2000
*PRO HAC VICE*
*Attorney for Defendant Kevin Carson*
Service via CM/ECF Notice

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : **CASE NO. 2:12-cv-00371-KJD-GWF** <br> : <br> **PRIME STAR GROUP, INC., et al.,** : <br> : <br> : <br> **Defendants.** : <br> _____ : | |

### ORDER ON MOTION FOR WITHDRAWAL OF ATTORNEY

**THIS CAUSE** came before the Court upon the Plaintiff Securities and Exchange Commission's unopposed motion for the withdrawal of Edward D. McCutcheon, prior counsel in this case, who is no longer employed with the Commission [DE    ].  Having considered the motion and the record, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiff's motion for withdrawal of attorney is **GRANTED.**  The Clerk is directed to terminate Edward D. McCutcheon from this case as he is no longer with the Commission.

**DONE AND ORDERED** in Chambers in Las Vegas, Nevada, this 22   day of March    2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

Copies to:  Counsel of record.