DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
United States Attorney's Office
333 Las Vegas Boulevard South, Suite5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *roger.wenthe@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> PRIME STAR GROUP, INC., *et al.*, <br><br> Defendants. | NO. 2:12-cv-371-APG-GWF |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Russell Koonin to practice before this honorable Court for the above-captioned case and in all matters in this district during the period of his employment by the United States.

Mr. Koonin is a Senior Trial Attorney with the United States Securities and Exchange Commission, an agency of the federal government, and is a member in good standing of the Florida Bar, No. 474479.

The following contact information is provided to the Court:

>Russell Koonin
>Senior Trial Counsel
>U.S. Securities and Exchange Commission
>801 Brickell Avenue, Suite 1800
>Miami, Florida 33131
>Telephone: (305) 982-6385
>Facsimile: (305) 536-4154
>E-mail: KooninR@sec.gov

Accordingly, the United States respectfully requests that the attached order be issued allowing Russell Koonin to practice before this honorable Court.

Dated:  February 18, 2014            Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney


 */s/ Roger W. Wenthe*
ROGER W. WENTHE
Assistant United States Attorney

Attorneys for the United States

2

**CERTIFICATE OF SERVICE**

    The undersigned states that he served copies of the foregoing document on the persons listed, on the date shown, by the method of service shown.

CM/ECF

Jeffrey S. Rugg
Brownstein Hyatt Farber Schreck LLP
100 City Parkway
Las Vegas , NV  89106

Randy Zelin
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City , NY  11530

Dated:  February 18, 2014

                                         /s/  Roger W. Wenthe
                                        Roger W. Wenthe
                                        Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>  vs.<br><br>PRIME STAR GROUP, INC., *et al.*,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)  NO. 2:12-cv-371-APG-GWF<br>)<br>)<br>)<br>) |

## **ORDER PERMITTING APPEARANCE OF GOVERNMENT ATTORNEY**

This cause coming on for consideration of the Motion to Permit Appearance of Government Attorney, the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

Pursuant to Local Rule IA 10-3, Russell Koonin, Senior Trial Counsel for the United States Securities and Exchange Commission, is hereby permitted to appear on behalf of the United States in this matter and in any other matter in this district during the period of his employment by the United States.

Dated: February 18, 2014

                                            GEORGE FOLEY, JR.
                                       United States Magistrate Judge