Russell Koonin
Attorney for Plaintiff
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Direct Dial:  (305) 982-6385
Facsimile: (305) 536-4154
E-mail: kooninr@sec.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

### CASE NO.:   2:12-CV-00371-APG-GWF

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : |
| **Plaintiff,** | : |
| v. | : |
| **JOSHUA KONIGSBERG, et al.** | : |
| **Defendants.** | : |

### FINAL JUDGMENT AS TO DEFENDANT JOSHUA KONIGSBERG

The Securities and Exchange Commission having filed a Complaint, and Joshua Konigsberg having: previously consented to the entry of a Judgment of Permanent Injunction and Other Relief; entered a general appearance; consented to the Court's jurisdiction over him and the subject matter of this action; consented to entry of Final Judgment without admitting or denying the allegations of the Complaint (except as to subject matter and personal jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment; and the Court having accepted Konigsberg's consent to Final Judgment and having jurisdiction over Konigsberg and the subject matter of this action, and being fully advised in the premises

I.

**DISGORGEMENT AND PREJUDGMENT INTEREST**

**IT IS ORDERED AND ADJUDGED** that Konigsberg is liable for disgorgement of $287,394.18, representing ill-gotten gains received as a result of Konigsberg's violations of the federal securities laws, together with $47,124.28 prejudgment interest, for a total of $334,518.46.

Konigsberg shall satisfy his obligation to pay disgorgement with prejudgment interest by paying $334,518.46 within fourteen days of entry of the Final Judgment. Payment shall be made by: 1) transmitting payment electronically to the Commission, which will provide ACH transfer/Fedwire instructions upon request; 2) transmitting payment directly from a bank account via Pay.gov through the SEC website at http:www.sec./about/office/ofm.htm; or 3) payment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mail to

> Enterprise Service Center
> Account Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by letter identifying the case title, civil action number, and name of this Court; Konigsberg's name as a defendant in this action; and specifying that payment is made pursuant to the Final Judgment. Konigsberg shall simultaneously transmit photocopies of evidence of payment and case identifying information to: Russell Koonin, Senior Trial Counsel, U.S. Securities and Exchange Commission, Miami Regional Office, 801 Brickell Avenue, Suite 1800, Miami, Florida, 33131. Konigsberg shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds pursuant to this paragraph to the United States Treasury.

## II.

## CIVIL PENALTY

**IT IS FURTHER ORDERED AND ADJUDGED** that the Commission's claim for a civil penalty against Konigsberg is **DISMISSED.**

## III.

## INCORPORATION OF KONIGSBERG'S CONSENT

**IT IS FURTHER ORDERED AND ADJUDGED** the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Konigsberg shall comply with all of the undertakings and agreements set forth in the Consent.

## IV.

## RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of the Final Judgment.

Done and ordered in Chambers at Las Vegas, Nevada, this 24th day of October, 2014.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE