UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:12-cv-00371-APG-GWF |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER** |
| PRIME STAR GROUP, *et al*., | |
| Defendants. | |

On May 9, 2018 the Court conducted a hearing on Plaintiff's Motion for Judgment Debtor Exam (ECF No. 90), and Motion to Compel (ECF No. 87), filed on March 26, 2016.

Upon consideration and with good cause appearing therefor, the Court shall order the Plaintiff to re-notice the Judgment Debtor Exam/ Deposition to be set at a date and time certain in the Southern District of Florida where Defendant Kevin Carson resides. If Mr. Carson fails to appear for the judgment debtor exam/ deposition without justifiable reason, he may be subject to further sanctions by the Court. Plaintiff may file an application with the Court regarding its expenses incurred and Defendant may have the opportunity to respond to Plaintiff's application. Additionally, Plaintiff's Motion to Compel (ECF No. 90) answers to interrogatories and request for production is granted. Accordingly,

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Judgment Debtor Exam (ECF No. 90) is **granted**. Plaintiff shall re-notice the Judgment Debtor Exam/ Deposition in the Southern District of Florida.

. . .

. . .

. . .

1

2. Plaintiff's Motion to Compel (ECF No. 87) is **granted**.

Dated this 11th day of May, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE