MICHAEL J. ROESSNER, DC SBN 501875
Email: Roessnerm@sec.gov
Attorney for Plaintiff
Assistant Chief Litigation Counsel
Division of Enforcement
Securities and Exchange Commission
100 F. Street NE, Mail Stop 5631
Washington, D.C. 20549
Telephone: (202) 551-4347
Facsimile: (703) 813-9366

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | Case No. 2:12-cv-371-APG-GWF |
| **Plaintiff,** | |
| vs. | **ORDER** |
| **PRIME STAR GROUP, INC., et al.,** | |
| **Defendants,** | |

This matter is before the Court on its Order requiring Defendant Kevin Carson ("Carson") to appear for a judgment debtor exam/deposition. (Docket No. 94). Having considered the Securities and Exchange Commission ("SEC") and Carson's Stipulation, it appears that the relief requested by the parties is proper.

**IT IS ORDERED** that Kevin Carson will make payments pursuant to the following schedule:

a. The first payment of $50,000 will be made by September 15, 2018;
b. The second payment of $100,000 will be made by March 15, 2019; and
c. The third payment of $100,000, plus accrued interest will be made by September 15, 2019.

1

**IT IS FURTHER ORDERED** that by August 1, 2018, Carson shall pay the SEC $682.72 related to his failure to appear at the judgment debtor exam on May 9, 2018;

**IT IS FURTHER ORDERED** that the payments referenced above shall be made by electronic transfer to the Commission using Pay.Gov. Carson shall provide Counsel for the SEC a copy of the payments by email at roessnerm@sec.gov;

**IT IS FURTHER ORDERED** that the Order Compelling Carson to respond to the SEC's post-judgment discovery requests and the judgment debtor exam/deposition set forth in the May 15, 2018 Order will be held in abeyance pending further notice from the SEC; and

**IT IS FURTHER ORDERED** that in the event that Carson fails to satisfy to comply with the terms of this order, upon the SEC's written notice of any such default to the Court, the Court will Order the SEC to reschedule the Judgment Debtor's examination and order Carson to comply with the SEC's First Set of Interrogatories and First Set of Document Requests.

SO ORDERED on this 20th day of July, 2018.

_____
United States District Judge